



## MEMORANDUM OPINION

No. 04-11-00633-CV

**IN RE FUNDING PARTNERS, L.P., FPIC, L.L.C., JEAP Solutions, L.L.C., DPIC, L.L.C., DPLS, L.L.C., DPLS II, L.L.C., FBP, Inc., FPLS, L.L.C., FPLS II, L.L.C., FPMB, Inc., Dash Partners, LP and Prospect, L.L.C.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Phylis J. Speedlin, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  October 5, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered the petition for a writ of mandamus filed by relators on August 31, 2011, and the response of the real parties in interest and is of the opinion that relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relators' petition for a writ of mandamus is denied.

---

[1] This proceeding arises out of Cause No. 2009-CI-03462, styled *Javier A. Pena d/b/a Phi Contractors and d/b/a Phi Services and Juan Garcia v. Funding Partners, L.P. a/k/a FP Asset Group, L.P.; SPT Investments, Inc.; James R. Martzall; Acquisition Funding Source, Inc.; FPIC, L.L.C.; Jeap Solutions, L.L.C.; DPIC, L.L.C.; DPLS, L.L.C.; DPLS II, L.L.C.; FBP, Inc.; FPLS, L.L.C.; FPLS II, L.L.C.; FPMB, Inc.; Prospect, L.L.C.; and Dash Partners, LP*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.

Relators shall pay all costs incurred in this proceeding. The clerk of this court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

PER CURIAM